UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON PATRICK SWAN** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 15-60-JWD-EWD** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY** | |

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report filed on August 30, 2016, to which an objection was filed:

**IT IS ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security, Carolyn W. Colvin, denying the applications for disability and supplemental security income benefits filed by Plaintiff, Jason Patrick Swan, is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on <u>September 27, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**